**STATE of Missouri, Respondent,**

v.

**William L. RONK, Appellant.**

**No. WD 68630.**

Missouri Court of Appeals, Western District.

Nov. 18, 2008.

Matthew Ward, Columbia, MO, for Appellant.

Anna L. Bunch, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., JOSEPH M. ELLIS, and JAMES EDWARD WELSH, JJ.

**ORDER**

PER CURIAM:

William Ronk appeals the circuit court's judgment convicting him of the class D felony of driving while intoxicated. We affirm. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Shaun D. BRYANT, Appellant.**

**No. WD 68622.**

Missouri Court of Appeals, Western District.

Nov. 18, 2008.

Michael J. Gunter, Kansas City, MO, for Appellant.

James C. Thompson, Richmond, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., RONALD R. HOLLIGER, and ALOK AHUJA, JJ.

**ORDER**

PER CURIAM:

Mr. Shaun D. Bryant appeals from his convictions for possession of up to 35 grams of marijuana, section 195.202.3, and unlawful use of drug paraphernalia, section 195.233.1.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).